UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MOHAMMED AHMED HASSAN ABDALLAH OMRAN | CIVIL ACTION NO. 17-0064 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ROBERT WYCHE, ET AL. | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is dismissed with prejudice based on the doctrine of claim preclusion (*res judicata*) and for failure to state a claim on which relief may be granted.

**IT IS FURTHER RECOMMENDED** that the Clerk of Court is ordered to decline to file any civil complaint submitted by Mohammed Ahmed Hassan Abdallah Omran unless the complaint has been presented first to a district judge of this court and the judge has specifically authorized in writing that the complaint may be filed. It is further ordered that any motion to proceed in forma pauperis that accompanies such a complaint be referred to a district judge for action.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 28th day of December, 2017.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT